NO. 07-12-0534-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 4, 2013

_____

In the Interest of K.M.S., E.A.S. AND J.A.S.,

Children

_____

FROM THE 100TH DISTRICT COURT OF CHILDRESS COUNTY;

NO. 9658; HONORABLE STUART MESSER, PRESIDING

_____

*Memorandum Opinion*

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before the court is the appeal of Feliciano Beau Segura III and Candice Leigh Segura from an order terminating their parental rights. The final order was signed in August of 2012; however, the notice of appeal was filed in December of 2012. We dismiss for want of jurisdiction.

An appeal from a termination order is considered accelerated. TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2012). Therefore, the notice of appeal must be filed within twenty days of the day the order is signed. TEX. R. APP. P. 26.1(b). More

importantly, timely post-judgment motions such as a motion for new trial do not extend the filing deadline. *Id.* 28.1. Applying these rules to the circumstances at bar (and after affording appellants with opportunity to address the matter), we conclude that the December 2012 notice of appeal was untimely and failed to vest this court with jurisdiction over the appeal. Thus, we have no choice but to dismiss the appeal.


Per Curiam